```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :    19cr0788 (DLC)
                                         :
           -v-                           :    ORDER
                                         :
 JESUS ALEJANDRO MIRANDA-ANAPRA, a/k/a   :
 JESUS ALEX MIRANDA,                     :
                                         :
                 Defendant.              :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Counsel for the defendant having communicated to the Court that the defendant intends to waive his right to be present in-person at the arraignment and that the defendant likely will be able to participate via telephone from his location at the Metropolitan Correctional Center ("MCC"), it is hereby

ORDERED that, a videoconference not being reasonably available, the arraignment in this case is scheduled telephonically for tomorrow, **April 24, 2020** at **2:00 pm**. The parties shall use the following dial-in credentials:

> Dial-in:      888-363-4749
> Access code:  4324948

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, as the Court intends to set a trial date at tomorrow's proceeding, the parties shall promptly confer regarding a trial date.

IT IS FURTHER ORDERED that defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant prior to tomorrow's proceeding. Prior to tomorrow's proceeding, defense counsel shall file with the Court the executed form. Counsel is advised that in the event the defendant consents but counsel is unable to obtain the defendant's physical signature on the attached form, the Court will conduct an inquiry at tomorrow's proceeding to determine whether it is appropriate for the Court to add the defendant's signature to the form.

Dated:   New York, New York
         April 23, 2020

_____
DENISE COTE
United States District Judge

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                       -v-                                                  **WAIVER OF RIGHT TO BE PRESENT AT**
                                                                        **CRIMINAL PROCEEDING**

                                      ,
                         Defendant.                                 -CR-    ( )( )
------------------------------------------------------------X

**Check Proceeding that Applies**

\_\_\_\_      Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

        1)      I have received and reviewed a copy of the indictment.
        2)      I do not need the judge to read the indictment aloud to me.
        3)      I plead not guilty to the charges against me in the indictment.


Date:      _____
              Signature of Defendant


              _____
              Print Name

\_\_\_      Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.


Date:      _____
              Signature of Defendant


              _____
              Print Name

____    Conference

I have been charged in an indictment with violations of federal law.  I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:       _____
            Signature of Defendant

            _____
            Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence.  I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:       _____
            Signature of Defense Counsel

            _____
            Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:       _____
            Signature of Defense Counsel

**Accepted:**   _____
                Signature of Judge
                Date:

2