```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :      19cr0788 (DLC)
                                         :
         -v-                             :      ORDER
                                         :
 JESUS ALEJANDRO MIRANDA-ANAPRA, a/k/a   :
 JESUS ALEX MIRANDA,                     :
                                         :
                 Defendant.              :
                                         :
-----------------------------------------X
```
DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the conference scheduled for May 8, 2020 is rescheduled to occur as a Court Call video conference on Monday, **May 11, 2020** at **10:30 a.m.**  Chambers will email the parties with a link to the Court Call video conference, as well as other credentials necessary for accessing the video conference.  Members of the public and the press can use the following dial-in information:

        Dial-In Number:     888-268-7844
        Access code:        32091812#
        PIN:                9921299#

   To optimize use of the Court's video conferencing technology, all participants in the call must:

      i.   Use a browser other than Microsoft Explorer to
           access Court Call;

     ii.   Position the participant's device as close to the
           WiFi router as is feasible;

    iii.   Ensure any others in the participant's household are
           not using WiFi during the period of the call;

  iv. If the participant is participating by video, connect to the audio portion of the videoconference by having Court Call call the participant at a desired phone number (landline or mobile);

  v. If there is ambient noise, the participant must mute his or her device when not speaking.

IT IS FURTHER ORDERED that, if the Court must transition to its teleconference line, a publicly-accessible audio line will be available by using the following dial-in credentials:

  Dial-in: 888-363-4749
  Access code: 4324849

IT IS FURTHER ORDERED that defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant prior to the May 11 proceeding. If the defendant consents, defense counsel shall file the executed form by **May 8, 2020**.  In the event the defendant consents but counsel is unable to obtain the defendant's physical signature on the attached form, the Court will conduct an inquiry at the May 11 proceeding to determine whether it is appropriate for the Court to add the defendant's signature to the form.

Dated: New York, New York
    May 5, 2020

              _____
               DENISE COTE
             United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

                ,
                Defendant.

-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

-CR-     (  ) (  )

**Check Proceeding that Applies**

\_\_\_\_     Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:        _____          _____
                      Print Name                                                    Signature of Defendant

\_\_\_\_     Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced.  I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions.  I want my attorney to

be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____     _____
            Print Name                                              Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____     _____
            Print Name                                              Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date: _____
            Signature of Defense Counsel

**Accepted:** _____
            Signature of Judge
            Date: